IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DOMINION FINANCIAL SERVICES, LLC,** | * | |
| **Plaintiff,** | | |
| v. | * | **CIVIL NO. JKB-22-0705** |
| **ALEXANDER PAVLOVSKY,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum (ECF No. 65), Plaintiff Dominion Financial Services, LLC's ("Dominion") Motion for Default Judgment (ECF No. 62) is GRANTED IN PART and DENIED IN PART.

It is hereby ORDERED and ADJUDGED:

1. Judgment is hereby entered in favor of Dominion and against Defendants Alexander Pavlovsky, Miami42 LLC, 5421 NW5 LLC, 6811 Project LLC, HT Project LLC, 78 NE 57th LLC, 5437 NW5 LLC, Rubakha Realty Inc., Rubakha Realty LLC, MPAV Realty LLC, Willman Jose Cabrera, Kendall Miami Land LLC, Miami5th Developers LLC, NW 4th Land LLC, 540 NW 69th St LLC, 57th Land LLC, and GST Development Inc., jointly and severally, in the amount of $9,079,051.78 in compensatory damages for fraud, plus prejudgment interest of six percent per annum dating from December 28, 2022 and post-judgment interest in accordance with 28 U.S.C. § 1961;

2. Judgment is hereby entered in favor of Dominion and against Defendant Konstantin Pavlovsky in the amount of $4,383,875.39 in compensatory damages as to the Guaranty

and Indemnification Agreements to which he is a party, plus prejudgment interest of six percent per annum dating from December 28, 2022 and post-judgment interest in accordance with 28 U.S.C. § 1961, for which Defendants Alexander Pavlovsky, Miami42 LLC, 5421 NW5 LLC, 6811 Project LLC, HT Project LLC, 78 NE 57th LLC, 5437 NW5 LLC, Rubakha Realty Inc., Rubakha Realty LLC, MPAV Realty LLC, Willman Jose Cabrera, Kendall Miami Land LLC, Miami5th Developers LLC, NW 4th Land LLC, 540 NW 69th St LLC, 57th Land LLC, and GST Development Inc. are jointly and severally liable;

3. Judgment is hereby entered in favor of Dominion and against Defendants Alexander Pavlovsky, Rubakha Realty LLC, MPAV Realty LLC, Miami42 LLC, 5421 NW5 LLC, 6811 Project LLC, HT Project LLC, 78 NE 57th LLC, 5437 NW5 LLC, Rubakha Realty Inc., and Konstantin Pavlovsky, jointly and severally, in the amount of $88,279.87 for Dominion's reasonable attorneys' fees and expenses related to this litigation;

4. Dominion's Motion is DENIED insofar as it seeks entry of judgment for fraud against Defendant Konstantin Pavlovsky; and

5. The Clerk is directed to CLOSE THIS CASE.

DATED this _18_ day of May, 2023.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge